PIETRO SARDONE, Appellant, *v.* JOSEPH DIAMOND HOLDING Co., INC., Respondent, Impleaded with Another.

(Submitted September 30, 1935; decided October 8, 1935.)

*William Roth* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion, unless appellant files and serves undertaking and pays ten dollars costs within ten days, in which event the motion is denied.